# EXHIBIT 2

# Rockwool Group North America Org Structure

