**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROXUL USA., INC., <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG WORLD INDUSTRIES, INC., <br><br> Defendant, | C.A. NO. 17-CV-01258-MAK |

**PROPOSED ORDER**

AND NOW this _____ day of May, 2018, upon consideration of Defendant Armstrong World Industries' Limited Discovery Motion To Compel Production of Documents from Plaintiff Roxul USA, Inc., it is hereby ORDERED that Defendant's Motion is GRANTED. Messrs. Birgersson, van Heel, and Jensen shall be designated as additional custodians for the Plaintiff for purposes of document review and production in response to Defendant's document requests.

BY THE COURT:

_____

HON. Mark A. Kearney
U.S. District Court Judge

1