**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROXUL USA., INC., | |
| Plaintiff, | C.A. NO. 17-CV-01258-MAK |
| v. | **REDACTED VERSION** |
| ARMSTRONG WORLD INDUSTRIES, INC., | |
| Defendant, | |

**JOINT APPENDIX OF EXHIBITS IN SUPPORT OF MOTIONS FOR SUMMARY
JUDGMENT, STATEMENT OF UNDISPUTED FACTS, AND MOTIONS TO
EXCLUDE EXPERT TESTIMONY**

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 1 | undated | Screenshot of https://www.businesswire.com/news/home/20180926005660/en/USG-Corporation-Stockholders-Approve-Acquisition-Knauf. | JA00001-JA00001 |
| 2 | undated | Screenshot of https://www.certainteed.com/about-certainteed/ | JA00002-JA00005 |
| 3 | undated | Screenshot of https://www.interiorsandsources.com/news/design-news/news-detail/articleid/4403/title/certainteed-increases-its-line-of-interior-and-exterior-building-products | JA00006-JA00006 |
| 4 | undated | Screenshot of https://www.usg.com/content/usgcom/en/about-usg/company-overview/history-of-usg.html | JA00007-JA00007 |
| 5 | undated | Armstrong document titled "A History of Armstrong" | JA00008-JA00018 |
| 6 | 10/3/2006 | Armstrong agreement with Interior Supply (Columbus) **[REDACTED]** | JA00019-JA00026 |
| 7 | 11/1/2006 | Armstrong "Exclusive Distribution Agreement" with Ceiling Supply, Inc. **[REDACTED]** | JA00027-JA00034 |
| 8 | 12/2006 | Armstrong "Non-Exclusive Distribution Agreement" with Ceilings Systems Distributors, Inc. – Youngstown **[REDACTED]** | JA00035-JA00044 |
| 9 | 12/2006 | Armstrong agreement with Ceiling Systems Distributors **[REDACTED]** | JA00045-JA00055 |
| 10 | 12/2006 | Armstrong agreement with Architectural Interior Products  **[REDACTED]** | JA00056-JA00066 |
| 11 | 4/30/2007 | Armstrong "Non-Exclusive Distribution Agreement" with Kamco Supply Corporation **[REDACTED]** | JA00067-JA00075 |
| 12 | 8/1/2007 | Armstrong agreement with Acoustech Supply, Inc. **[REDACTED]** | JA00076-JA00085 |

| Ex. No. | Date | Description | Appendix Pages |
|---------|------|-------------|----------------|
| 13 | 2/22/2008 | Armstrong agreement with Home Acres Building Supply Company, with cover letter dated February 25, 2008 **[REDACTED]** | JA00086-JA00097 |
| 14 | 5/12/2008 | Armstrong "Non-Exclusive Distribution Agreement" with Marjam Supply Company, Inc. **[REDACTED]** | JA00098-JA00111 |
| 15 | 11/1/2008 | Armstrong agreement with A&D Supply, Inc. **[REDACTED]** | JA00112-JA00122 |
| 16 | 12/18/2009 | Armstrong agreement with Westmont Interior Supply House **[REDACTED]** | JA00123-JA00133 |
| 17 | 12/31/2010 | Armstrong agreement with Acoustical Specialties & Supply, Inc. **[REDACTED]** | JA00134-JA00143 |
| 18 | 4/5/2011 | KeyBanc Capital Markets, Inc. report relating to USG Corporation | JA00144-JA00165 |
| 19 | 5/2011 | Armstrong presentation titled "ABP Americas Competitive Landscape" **[REDACTED]** | JA00166-JA00191 |
| 20 | 7/22/2011 | Ducker Worldwide presentation titled "Suspended Ceiling Opportunity In North America | Final Report" | JA00192-JA00285 |
| 21 | 12/12/2011 | Armstrong presentation titled "ABP Global Channel Strategy | Executive Development Program Project" **[REDACTED]** | JA00286-JA00316 |
| 22 | 12/31/2011 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2011 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA00317-JA00368 |
| 23 | 1/30/2012 | Email re "Updated BP Apollo. Rockfon in North America," and attachment, Rockfon presentation titled "Business Plan Apollo" | JA00369-JA00392 |
| 24 | 3/17/2012 | Email from V. Grizzle to D. Cookson, C. Chiappone – "Re: OC" | JA00393-JA00393 |
| 25 | 3/17/2012 | Email from V. Grizzle to. M. Espe, T. Mangas – "FYI" | JA00394-JA00394 |
| 26 | 3/28/2012 | Armstrong Internal PowerPoint Presentation, "Armstrong Building Products Americas Strategic Plan" **[REDACTED]** | JA00395-JA00408 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 27 | 5/29/2012 | Armstrong presentation titled "Armstrong Building Products Americas Strategic Plan Discussion" **[REDACTED]** | JA00409-JA00468 |
| 28 | 6/22/2012 | Armstrong Internal PowerPoint Presentation, "ABP Strategic Plan"  **[REDACTED]** | JA00469-JA00525 |
| 29 | 6/22/2012 | Armstrong Internal PowerPoint Presentation, "ABP Strategic Plan"  **[REDACTED]** | JA00526-JA00587 |
| 30 | 7/26/2012 | Armstrong Internal PowerPoint Presentation, "ABP North American Coverage" **[REDACTED]** | JA00588-JA00602 |
| 31 | 9/13/2012 | Email from N. Taraborelli to P. Corr, M. Olson, et al.  – "Develop Competitive Marketing Strategy for Rockfon US" | JA00603-JA00603 |
| 32 | 12/31/2012 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2012 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA00604-JA00642 |
| 33 | 1/24/2013 | Conference Report re "Team Rockfon - Roundtable Discussion" | JA00643-JA00647 |
| 34 | 2/1/2013 | Email from D. Cookson to BPCOMMERCIAL – "Rockfon News" | JA00648-JA00648 |
| 35 | 3/1/2013 | Email from V. Grizzle to D. Cookson,  M. Cook, et al. – "Rockfon Initiative" | JA00649-JA00653 |
| 36 | 3/27/2013 | Unpublished opinion in *Gilley v. Atlantic Richfield Corp* (Case 3:98-cv-00132-BTM-JMA  Document 167) | JA00654-JA00665 |
| 37 | 6/24/2013 | Email from Chris Marshall attaching signature page of agreement with Gypsum Supply Company, Inc. | JA00666-JA00667 |
| 38 | 6/24/2013 | Rockfon Distribution Agreement with Gypsum Supply Company, Inc. | JA00668-JA00686 |
| 39 | 7/19/2013 | Deutsche Bank Markets Research report re Armstrong | JA00687-JA00731 |
| 40 | 8/19/2013 | Rockwool NASDAQ OMX Nordic Exchange Release re "The ROCKWOOL Group acquires the American ceiling company Chicago Metallic Corporation" | JA00732-JA00733 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 41 | 9/13/2013 | Email exchange re "Rockfon Update" | JA00734-JA00735 |
| 42 | 10/24/2013 | Email from P. Corr to F. Pasquerello – "RE: Rockfon and Acousti" | JA00736-JA00738 |
| 43 | 10/25/2013 | Email from P. Corr to D. Cookson, M. Olson – "Conversation with Grant" | JA00739-JA00739 |
| 44 | 10/25/2013 | Email from P. Corr to G. Ellis, D. Cookson, M. Olson – "Contract Language" | JA00740-JA00740 |
| 45 | 10/31/2013 | Letter from Home Acres Building Supply to Armstrong General Counsel – "Re: Distribution Agreement, effective as of February 22, 2008 ("Distribution Agreement"), by and between Home Acres Building Supply Company, LLC, a Michigan limited liability company ("HABS"), and Armstrong World Industries, Inc., a Pennsylvania corporation ("Armstrong"), and Non-Exclusive Distribution Agreement, effective as of July 24, 2009 ("Non-Exclusive Distribution Agreement" and together with the Distribution Agreement, the "Agreements"), by and between HABS and Armstrong" | JA00741-JA00743 |
| 46 | 11/4/2013 | Email from Douglas Bernard re "October Month End Bullet Points" | JA00744-JA00745 |
| 47 | 11/11/2013 | Letter from Chris Marshall to James Gabelbauer re Termination of Rockfon Distribution Agreement with Gypsum Supply Co. | JA00746-JA00746 |
| 48 | 12/3/2013 | Email from F. Pasquerello to P. Corr – "RE: Acousti Meeting Logistics" | JA00747-JA00752 |
| 49 | 12/4/2013 | Minutes of the CMC/G Board of Directors Meeting held on 2013-12-04 | JA00753-JA00757 |
| 50 | 12/6/2013 | Email from P. Corr to J. Niedzolkowski, J. Seeley – "RE: Rockphon Update……" | JA00758-JA00758 |
| 51 | 12/31/2013 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2013 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA00759-JA00794 |
| 52 | 1/10/2014 | Armstrong presentation re "Americas Go-to-Market Discussion" **[REDACTED]** | JA00795-JA00815 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 53 | 1/13/2014 | Email from V. Grizzle to B. Elliot– "ABPCOM Quarterly Update" **[REDACTED]** | JA00816-JA00824 |
| 54 | 2/27/2014 | Minutes of the CMC/G Board of Directors Meeting held on 2014-02-27 | JA00825-JA00837 |
| 55 | 3/3/2014 | Armstrong "Distribution Agreement" with JP Hart Lumber Company LLC **[REDACTED]** | JA00838-JA00846 |
| 56 | 3/21/2014 | Letter from D. Cookson to G.M. Callahan, Jr., President of Gypsum Management and Supply, Inc. – "Re: Request for Consent to Assign to New Ownership the Distribution Agreement Dated February 16, 2017, Between Armstrong World Industries, Inc., and Gypsum Management and Supply, Inc., on behalf of itself and all its subsidiaries listed on Attachment A thereto" | JA00847-JA00849 |
| 57 | 3/31/2014 | Armstrong document titled "Distribution Model SWOT" **[REDACTED]** | JA00850-JA00851 |
| 58 | 5/2/2014 | RX-NA Investment Request, Project Name "Pre-project RFN-line TOR: Apollo" **[REDACTED]** | JA00852-JA00860 |
| 59 | 5/16/2014 | Email from Steve Noeth re "Board Meeting Input," attaching Rockfon slides, first slide "Competition Overview" | JA00861-JA00869 |
| 60 | 5/19/2014 | Armstrong presentation re "ABP Americas Strategic Plan 2015-2017" **[REDACTED]** | JA00870-JA00898 |
| 61 | 5/21/2014 | Transcript, Armstrong World Industries, Inc. Analyst/Investor Day | JA00899-JA00942 |
| 62 | 5/27/2014 | Email from Cory Nevins re "Roxul Meeting," attaching Rockfon presentation titled "Roxul/Rockfon Meeting" | JA00943-JA00951 |
| 63 | 5/28/2014 | Rockfon presentation, no cover page (first slide re "North American Commercial Ceiling Market Size") | JA00952-JA00972 |
| 64 | 6/19/2014 | Email from D. Cookson to V. Grizzle, C. Chiappone, et al. – "RE: #2871 Armstrong Dakota for GOGO Wireless, Rockfon Tropic order cancelled!" **[REDACTED]** | JA00973-JA00977 |

| Ex. No. | Date | Description | Appendix Pages |
|---------|------|-------------|----------------|
| 65 | 7/16/2014 | Letter from Armstrong to J.F. Geary, Interior/Exterior Building Supply, L.P. – "New **[REDACTED]** Distribution Agreement Interior/Exterior Building Supply - Jackson, MS"; Armstrong "Distribution Agreement" with Interior/Exterior Building Supply, LP effective 7/11/2014 (enclosure) **[REDACTED]** | JA00978-JA00988 |
| 66 | 7/28/2014 | Declaration of John Medio in *CertainTeed v Aiken* | JA00989-JA00991 |
| 67 | 8/2014 | Freedonia Industry Study #3204 re "Ceilings" | JA00992-JA01256 |
| 68 | 8/14/2014 | Email exchange re "presentation," attaching Rockfon draft presentation titled "ROCKFON North America & Far East" | JA01257-JA01289 |
| 69 | 9/25/2014 | Minutes of the CMC/G Board of Directors Meeting held on 2014-09-25 [redacted by Plaintiff] | JA01290-JA01295 |
| 70 | 10/16/2014 | CMC/G Investment Request, Project Name "Grid Competitive Packaging" | JA01296-JA01369 |
| 71 | 11/10/2014 | Email from F. Pasquerello to P. Corr – "FW: Cemex and Rockfon" | JA01370-JA01372 |
| 72 | 11/14/2014 | Armstrong "Distribution Agreement" with Engler, Meist & Justus, Inc. **[REDACTED]** | JA01373-JA01382 |
| 73 | 12/11/2014 | Rockfon presentation titled "ROCKFON| North American and Apollo" | JA01383-JA01401 |
| 74 | 12/16/2014 | Rockwool (CFO Gilles Maria, VP Thorkild Diness Jensen) presentation titled "The Rockwool Group - roadshow presentation" | JA01402-JA01449 |
| 75 | 12/19/2014 | Minutes of the CMC LLC Board of Directors Meeting held on 2014-12-19 | JA01450-JA01459 |
| 76 | 12/31/2014 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2014 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA01460-JA01495 |
| 77 | 2015 | Armstrong Internal PowerPoint Presentation, "2015 Distribution Initiatives" **[REDACTED]** | JA01496-JA01522 |
| 78 | 2/2015 | Rockfon presentation titled "ROCKFON-Chicago Metallic Integration" | JA01523-JA01530 |

| Ex. No. | Date | Description | Appendix Pages |
|---------|------|-------------|----------------|
| 79 | 3/12/2015 | Armstrong Internal PowerPoint Presentation, "APB Americas Strategic Plan Discussion" **[REDACTED]** | JA01531-JA01605 |
| 80 | 3/25/2015 | Email from H. Barker to D. Cookson, P. Corr - "RE: fOLLOW UP" | JA01606-JA01607 |
| 81 | 4/18/2015 | Email from F. Pasquerello to P. Corr – "RE: Hertz & Rockfon" | JA01608-JA01609 |
| 82 | 4/20/2015 | Sterling Associates Group, LLC report | JA01610-JA01615 |
| 83 | 4/20/2015 | PDF printout of Microsoft Excel embedded workbook object (native file embedded in native file of AWI00019886).  Original file produced in native Microsoft Excel format. | JA01616-JA01678 |
| 84 | 4/22/2015 | Email exchange re "sharing some diligence we did on the ceilings market" | JA01679-JA01682 |
| 85 | 5/2015 | Armstrong presentation re "North American MGPP Deck" **[REDACTED]** | JA01683-JA01692 |
| 86 | 5/26/2015 | RFN-NA Investment Request, Project name: Apollo **[REDACTED]** | JA01693-JA01698 |
| 87 | 5/31/2015 | Email exchange re "RFN-NA April management package and commentary," attaching same **[REDACTED]** | JA01699-JA01709 |
| 88 | 6/4/2015 | Rockfon presentation titled "Apollo" | JA01710-JA01770 |
| 89 | 6/15/2015 | Rockfon presentation titled "Architectural Team" | JA01771-JA01775 |
| 90 | 6/22/2015 | Email from Cory Nevins re "Presentation," attaching Rockfon presentation titled "Welcome to Chicago!  Welcome to Rockfon!" | JA01776-JA01797 |
| 91 | 6/22/2015 | Email exchange re "Apollo Business Plan Outline RI BOD v6 - 2015-06-19.pptx" | JA01798-JA01799 |
| 92 | 7/30/2015 | Armstrong internal PowerPoint Presentation, "Rockfon GTM Strategy" **[REDACTED]** | JA01800-JA01807 |
| 93 | 8/2015 | Rockfon presentation titled "ROCKFON North America" **[REDACTED]** | JA01808-JA01817 |
| 94 | 8/2015 | Rockfon presentation titled "ROCKFON capacity extension in North America" **[REDACTED]** | JA01818-JA01842 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 95 | 8/15/2015 | Rockfon presentation titled "ROCKFON North America" **[REDACTED]** | JA01843-JA01857 |
| 96 | 8/24/2015 | Rockwool presentation titled "Development of the Group" **[REDACTED]** | JA01858-JA01920 |
| 97 | 8/25/2015 | Rockfon presentation titled "ROCKFON NA" **[REDACTED]** | JA01921-JA01934 |
| 98 | 8/27/2015 | Letter from Armstrong to B. Pickard, President of Interior Supply, Inc.; Armstrong "Distribution Agreement" with Interior Supply, Inc. effective 8/14/2015 (enclosure) **[REDACTED]** | JA01935-JA01951 |
| 99 | 10/14/2015 | Armstrong presentation titled "ABP Americas Preliminary Budget 2016" **[REDACTED]** | JA01952-JA01956 |
| 100 | 10/20/2015 | Rockfon presentation titled "Distributor Council" | JA01957-JA01966 |
| 101 | 11/6/2015 | Email exchange re "Apollo Business Plan RI BOD Nov 2015 v15.pptx," attaching Rockfon presentation titled "ROCKFON capacity extension in North America" **[REDACTED]** | JA01967-JA01990 |
| 102 | 11/19/2015 | ROCKWOOL Nasdaq Copenhagen Release re "The Rockwool Group invests in new ceiling panel factory in the US" | JA01991-JA01991 |
| 103 | 12/1/2015 | Armstrong presentation titled "2015 Commercial Marketing Update" **[REDACTED]** | JA01992-JA02034 |
| 104 | 12/15/2015 | Email re "Specification Data - hopefully not too late," attaching presentation titled "Architectural Strategy" | JA02035-JA02043 |
| 105 | 12/16/2015 | Email exchange re "Thoughts for Today" | JA02044-JA02045 |
| 106 | 12/31/2015 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2015 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA02046-JA02048 |
| 107 | 1/5/2016 | Email from M. Olson to P. Corr, D. Cookson – "RE: Boston" | JA02049-JA02053 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 108 | 1/6/2016 | Email exchange re "Rockfon Pricing Update: February 15, 2016 Increase on all Commercial & Retail Ceiling Panels," attaching Rockfon Pricing Update | JA02054-JA02057 |
| 109 | 1/8/2016 | Rockfon Calendar Item, attaching presentation titled "*Industry Stakeholders * The Construction Process * Our Story" | JA02058-JA02106 |
| 110 | 1/22/2016 | Email re "Rockfon letter," attaching letter from Tom Prukop to Acoustical Material Services | JA02107-JA02108 |
| 111 | 1/22/2016 | Email re "Information for meeting next week," attaching Rockfon presentation, first slide titled "10,000 Foot View" **[REDACTED]** | JA02109-JA02138 |
| 112 | 1/28/2016 | Armstrong presentation titled "Capitol 2016 Planning Meeting" **[REDACTED]** | JA02139-JA02150 |
| 113 | 2/26/2016 | Rockwool Annual Report 2015 | JA02151-JA02248 |
| 114 | 2/29/2016 | Armstrong presentation titled "National Accounts 2017 Business Plan" **[REDACTED]** | JA02249-JA02282 |
| 115 | 4/4/2016 | Email re "RFN NA Board Meeting Minutes March 16, 2016," attaching Minutes of the CMC LLC Board of Directors Meeting held on 2016-03016 | JA02283-JA02286 |
| 116 | 5/1/2016 | Rockwool presentation re "Quarterly Business Review | Systems Division" **[REDACTED]** | JA02287-JA02381 |
| 117 | 6/2016 | PDF printout of Microsoft Excel worksheet re "RFN-NA Tile Sales Volumes." Original document produced in native Microsoft Excel format. **[REDACTED]** | JA02382-JA02382 |
| 118 | 6/2006 | Rockwool presentation titled "SD Growth Plan" | JA02383-JA02398 |
| 119 | 6/27/2016 | Rockwool outline titled "RW-NA/RFN-NA strategy session and presentation titled "RFN-NA Strategy Session" **[REDACTED]** | JA02399-JA02420 |
| 120 | 6/30/2016 | Email from M. Slowey to M. Olson – "Fwd: Rockfon/IDI" | JA02421-JA02421 |
| 121 | 7/28/2016 | Armstrong Personal Learning Module re "Channel Players" | JA02422-JA02429 |

| Ex. No. | Date | Description | Appendix Pages |
|---------|------|-------------|----------------|
| 122 | 7/28/2016 | Armstrong Personal Learning Module re "Distribution Effectiveness" | JA02430-JA02437 |
| 123 | 8/31/2016 | Email re "RFN NA 3 yr plan - update," attaching presentation re "3 Year Plan RFN NA" **[REDACTED]** | JA02438-JA02444 |
| 124 | 9/2016 | Rockfon presentation titled "RFN-NA Update" **[REDACTED]** | JA02445-JA02465 |
| 125 | 9/2016 | Rockfon presentation titled "RFN-NA Update" **[REDACTED]** | JA02466-JA02486 |
| 126 | 9/2016 | Rockfon presentation titled "RFN-NA Update" **[REDACTED]** | JA02487-JA02503 |
| 127 | 9/2/2016 | Rockfon presentation titled "Board Meeting Follow up | Tile Pricing" | JA02504-JA02516 |
| 128 | 9/7/2016 | Minutes of the 2nd Quarter 2016 Meeting of the Board of Directors and Supervisory Board of RWNA/RFNA | JA02517-JA02525 |
| 129 | 10/5/2016 | Email from P. Corr to C. Arguelles, J. Niedzolkowski – "AWI New Agreement Final.doc" | JA02526-JA02526 |
| 130 | 10/27/2016 | Email re "Notes from Rockfon/IDI Meeting," attaching same | JA02527-JA02531 |
| 131 | 10/31/2016 | USG Supply Agreement **[SUBSTITUTED]** | JA02532-JA02586 |
| 132 | 11/1/2016 | Armstrong agreement with Marjam of Guilderland **[REDACTED]** | JA02587-JA02596 |
| 133 | 11/1/2016 | Email exchange re "Free Library" | JA02597-JA02597 |
| 134 | 11/3/2016 | Email from P. Corr to J. Kella, C. Mitchell – "Acousti & Rockfon" | JA02598-JA02599 |
| 135 | 11/9/2016 | Rockwool presentation titled "Quarterly Business Review | Systems Division" | JA02600-JA02713 |
| 136 | 11/17/2016 | Email exchange re "Distributor Needed for Rockfon - Acoustic Ceiling Tiles" | JA02714-JA02715 |
| 137 | 12/2/2016 | Armstrong Internal Document, "Investor Q&A & [sic] Talking Points Evercore ISI Call" | JA02716-JA02723 |
| 138 | 12/2/2016 | Email exchange re "Diana Hart - Final Details /2017 Arch Planning" | JA02724-JA02725 |

| Ex. No. | Date | Description | Appendix Pages |
|---------|------|-------------|----------------|
| 139 | 12/23/2016 | Email exchange re "2017 OPCO bonus guidelines" | JA02726-JA02727 |
| 140 | 12/31/2016 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2016 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA02728-JA02730 |
| 141 | 1/2017 | Armstrong presentation re "Contractor VOC Study" (Allied/AMS) **[REDACTED]** | JA02731-JA02768 |
| 142 | 1/2017 | Armstrong presentation re "Contractor VOC Study" (Kamco) **[REDACTED]** | JA02769-JA02796 |
| 143 | 1/9/2017 | Maven Associates Presentation re "Sales and Marketing Strategy" | JA02797-JA02820 |
| 144 | 1/12/2017 | Email from P. Corr to M. Olson, D. Cookson – "Rew and Rockfon" **[REDACTED]** | JA02821-JA02821 |
| 145 | 1/13/2017 | 2016 Armstrong Gold Circle Promotional Plan **[REDACTED]** | JA02822-JA02822 |
| 146 | 1/19/2017 | Rockfon presentation re "National Sales Meeting" | JA02823-JA02850 |
| 147 | 2/3/2017 | Email from M. Olson to P. Corr, D. Cookson – "RE: Competition/Rew" **[REDACTED]** | JA02851-JA02854 |
| 148 | 2/6/2017 | Email exchange re "Growth Initiatives during 2016: status & BPs" | JA02855-JA02855 |
| 149 | 2/14/2017 | Email re "Dodge SpecShare Results - 4 Year History" | JA02856-JA02856 |
| 150 | 2/14/2017 | PDF printout of Microsoft Excel workbook (attachment to ROXUL_1810781). Original document produced in native Microsoft Excel format. | JA02857-JA02858 |
| 151 | 2/15/2017 | Email exchange re "RFN NA Jan 2017 Financial Report and commentary" attaching same | JA02859-JA02871 |
| 152 | 2/22/2017 | Email exchange re "Dodge SpecShare Results - 4 Year History" | JA02872-JA02875 |
| 153 | 2/23/2017 | Rockwool Annual Report 2016 | JA02876-JA02940 |
| 154 | 2/27/2017 | Armstrong email exchange re "VOC Study of Chicago" | JA02941-JA02942 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 155 | 2/28/2017 | Email re "R3 - February monthly summary" | JA02943-JA02944 |
| 156 | 3/2017 | Rockwool presentation titled "Introduction to the ROCKWOOL Group" | JA02945-JA03091 |
| 157 | 3/1/2017 | Email from D. Galvin to P. Corr - "Re: Rockfon" | JA03092-JA03094 |
| 158 | 3/5/2017 | Rockwool slides, first slide titled "Rockfon-NA Pricing - 2016" | JA03095-JA03097 |
| 159 | 3/7/2017 | Email exchange re "Customer Event Notes" | JA03098-JA03099 |
| 160 | 4/2017 | Freedonia Group Industry Study # 3507 (Ceilings Market in the US) | JA03100-JA03247 |
| 161 | 4/3/2017 | PDF printout of Microsoft Excel workbook, including tabs "Customer Breakout," "Competitors," "Strategy," and "Distributor Rating.  Original document produced in native Microsoft Excel format. **[REDACTED]** | JA03248-JA03256 |
| 162 | 4/7/2017 | Rockwool presentation titled "OPCO Strategy 2017-2020 for (RF-NA)" **[REDACTED]** | JA03257-JA03281 |
| 163 | 4/10/2017 | Rockfon presentation re "Rockfon Dodge SpecShare Analysis" | JA03282-JA03293 |
| 164 | 4/11/2017 | Rockfon letter re: "Pricing Update: May 22, 2017  - Suspension Price Increase" | JA03294-JA03294 |
| 165 | 5/2017 | Simon•Kucher & Partners presentation titled "Rockfon GTM Strategy Market Deep Dives" **[REDACTED]** | JA03295-JA03354 |
| 166 | 5/14/2017 | Simon•Kucher & Partners presentation titled "Rockfon Go-to-market Strategy" **[REDACTED]** | JA03355-JA03409 |
| 167 | 5/31/2017 | PDF printout of Microsoft Excel file containing contractor names.  Original document produced in native Microsoft Excel format. | JA03410-JA03415 |
| 168 | 6/8/2017 | Armstrong "Company Conference Presentation" | JA03416-JA03429 |
| 169 | 6/12/2017 | Rockfon presentation titled "Monthly Business Review SD" **[REDACTED]** | JA03430-JA03445 |
| 170 | 6/12/2017 | Email exchange re "Arc Reps" | JA03446-JA03446 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 171 | 6/12/2017 | PDF printout of Microsoft Excel workbook; attachment to ROXUL_331441.  Original document produced in native Microsoft Excel format. | JA03447-JA03452 |
| 172 | 7/24/2017 | Armstrong presentation titled "Americas Go-to-market Discussion" **[REDACTED]** | JA03453-JA03473 |
| 173 | 8/23/2017 | Edited Transcript of Rockwool International A/S Q2017 Earnings Call | JA03474-JA03485 |
| 174 | 9/1/2017 | D.I. 1 - Complaint in *Roxul USA Inc., v. Armstrong World Industries, Inc.* | JA03486-JA03507 |
| 175 | 9/5/2017 | Rockfon presentation titled "Aug 2017 Monthly Report RW-RFNA" **[REDACTED]** | JA03508-JA03513 |
| 176 | 9/5/2017 | Rockfon presentation titled "RW-RFNA Overview" **[REDACTED]** | JA03514-JA03539 |
| 177 | 10/1/2017 | RW-NA + RW-RFNA Investment Request, Investment Name: MAR: 2nd Rockfon Line Pre-Project **[REDACTED]** | JA03540-JA03554 |
| 178 | 10/10/2017 | Rockfon presentation re "Rockfon-NA Apollo & Orion Update" **[REDACTED]** | JA03555-JA03561 |
| 179 | 11/30/2017 | Armstrong document titled "2018 AWI Americas Commercial Sales Training" | JA03562-JA03566 |
| 180 | 12/5/2017 | Rockfon presentation titled "RF-NA Board Meeting" **[REDACTED]** | JA03567-JA03589 |
| 181 | 12/12/2017 | Email from D. Galvin to C. Everman – "RE: Rockfon through Gyp sply" | JA03590-JA03590 |
| 182 | 12/13/2017 | Armstrong document titled "2017 Gold Circle Distributor Programs" **[REDACTED]** | JA03591-JA03595 |
| 183 | 12/23/2017 | Armstrong Personal Learning Module titled "Acoustics" | JA03596-JA03603 |
| 184 | 12/23/2017 | Armstrong Personal Learning Module titled "Fire Resistance" | JA03604-JA03610 |
| 185 | 12/23/2017 | Armstrong Personal Learning Module titled "Market Segments" | JA03611-JA03637 |
| 186 | 12/31/2017 | Armstrong SEC Form 10-K (2017) | JA03638-JA03829 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 187 | 12/31/2017 | PDF printout of Excel workbook summarizing Armstrong Gold Circle rebates for 2017 (original document produced in native Microsoft Excel format) **[REDACTED]** | JA03830-JA03832 |
| 188 | 1/2018 | Armstrong document titled "Rockfon Update - January 2018" | JA03833-JA03838 |
| 189 | 1/10/2018 | PDF printout of Microsoft Excel macro-enabled workbook re 2018 Armstrong Business Plan for Kamco. Original document produced in native Microsoft Excel format. **[REDACTED]** | JA03839-JA03873 |
| 190 | 1/15/2018 | Email exchange re "Pricing Policy Update" **[REDACTED]** | JA03874-JA03875 |
| 191 | 1/16/2018 | Rockfon North America Consolidated ("RW-RFNA") Selected Financial Data for the Month Ended December 31, 2017 **[REDACTED]** | JA03876-JA03888 |
| 192 | 1/29/2018 | Email re "2018 Specification Goals" | JA03889-JA03889 |
| 193 | 1/29/2018 | PDF printout of Microsoft Excel worksheet re "Tile Specification Goals - 2018"; attachment to ROXUL_3007105.  Original document produced in native Microsoft Excel format. | JA03890-JA03890 |
| 194 | 2/2018 | Rockfon presentation titled "National Sales Meeting" **[REDACTED]** | JA03891-JA03910 |
| 195 | 2/2018 | Rockfon draft presentation re "Welcome to Chicago" | JA03911-JA03926 |
| 196 | 2/2018 | Rockfon presentation re "Welcome to Chicago" **[REDACTED]** | JA03927-JA03977 |
| 197 | 2/2018 | Rockwool Annual Report 2017 | JA03978-JA04089 |
| 198 | 2/7/2018 | Email re "outline of presentation," attaching Rockfon presentation titled "Reflection" | JA04090-JA04112 |
| 199 | 2/14/2018 | Email re "National Sales Meeting - February 13, 2018" | JA04113-JA04115 |
| 200 | 2/21/2018 | D.I. 22-1 Rule 26(f) Report Ex. A | JA04116-JA04118 |
| 201 | 2/27/2018 | Email exchange re "Sean with Rockwall Inc. looking for local Rockfon supplier" | JA04119-JA04120 |
| 202 | 3/2018 | Rockwool presentation titled "OPCO Strategy 2018-2021 RW-RFNA" **[REDACTED]** | JA04121-JA04147 |

15

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 203 | 3/18/2018 | Rockfon North America Consolidated ("RW-RFNA") Selected Financial Data for the Month Ended February 28, 2018 **[REDACTED]** | JA04148-JA04159 |
| 204 | 3/19/2018 | PDF printout of Microsoft Excel workbook including sheets "Actual," "Forecast 2018," and "Tile." **[REDACTED]** | JA04160-JA04165 |
| 205 | 3/21/2018 | Minutes of the 4th Quarter 2017 Meeting of the Board of Directors and Supervisory Board, RW-NA, TI-NA & RFN-NA **[REDACTED]** | JA04166-JA04174 |
| 206 | 3/21/2018 | Rockfon presentation titled "RF-NA Board Meeting" **[REDACTED]** | JA04175-JA04198 |
| 207 | 4/2/2018 | Rockfon presentation titled "RW-RFNA QBR" **[REDACTED]** | JA04199-JA04226 |
| 208 | 5/8/2018 | Transcript, Deposition of Harold Barker | JA04227-JA04321 |
| 209 | 8/21/2018 | Transcript, Deposition of Richard Loufek **[REDACTED]** | JA04322-JA04391 |
| 210 | 8/23/2018 | Transcript, Deposition of Steve Noeth | JA04392-JA04536 |
| 211 | 8/24/2018 | Transcript, Deposition of Diana Hart | JA04537-JA04642 |
| 212 | 8/27/2018 | Transcript, Deposition of Corey Nevins | JA04643-JA04746 |
| 213 | 8/31/2018 | Transcript, Deposition of Thomas Kähler | JA04747-JA04865 |
| 214 | 9/5/2018 | Letter to S. Mader from T. Williams (L&W) | JA04866-JA04867 |
| 215 | 9/11/2018 | Transcript, Deposition of James Moynihan | JA04868-JA04988 |
| 216 | 9/12/2018 | Transcript, Deposition of Prabodh Kadkol | JA04989-JA05069 |
| 217 | 9/12/2018 | Transcript, Deposition of Thomas McKinney **[REDACTED]** | JA05070-JA05158 |
| 218 | 9/28/2018 | Transcript, Deposition of Paul Corr | JA05159-JA05284 |
| 219 | 10/2/2018 | Transcript, Deposition of John Medio | JA05285-JA05429 |
| 220 | 10/4/2018 | Transcript, Deposition of David Cookson **[REDACTED]** | JA05430-JA05500 |
| 221 | 10/11/2018 | Transcript, Deposition of Chris Marshall | JA05501-JA05600 |
| 222 | 10/12/2018 | Roxul USA, Inc.'s Responses to Armstrong World Industries, Inc.'s Fourth Set of Interrogatories | JA05601-JA05608 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 223 | 10/16/2018 | Transcript, Deposition of Mark Olson **[REDACTED]** | JA05609-JA05686 |
| 224 | 10/19/2018 | Transcript, Deposition of Michael Reynolds | JA05687-JA05789 |
| 225 | 10/23/2018 | Transcript, Deposition of David McCatty | JA05790-JA05833 |
| 226 | 10/23/2018 | Transcript, Deposition of Laura Radius | JA05834-JA05957 |
| 227 | 10/25/2018 | Transcript, Deposition of Douglas Bernard | JA05958-JA06062 |
| 228 | 10/26/2018 | Transcript, Deposition of James Downing | JA06063-JA06105 |
| 229 | 10/30/2018 | Transcript, Deposition of Paul Clark | JA06106-JA06136 |
| 230 | 10/31/2018 | Affidavit of Frank Salters | JA06137-JA06141 |
| 231 | 11/2/2018 | Transcript, Deposition of George Hughes, III | JA06142-JA06181 |
| 232 | 11/6/2018 | Transcript, Rockfon 30(b)(6) Deposition (John Medio) | JA06182-JA06285 |
| 233 | 11/6/2018 | Roxul USA, Inc.'s Supplemental Responses to Armstrong World Industries, Inc.'s Fifth Set of Interrogatories | JA06286-JA06293 |
| 234 | 11/7/2018 | Transcript, Armstrong 30(b)(6) Deposition (Thomas McKinney) **[REDACTED]** | JA06294-JA06336 |
| 235 | 11/8/2018 | Transcript, Armstrong 30(b)(6) Deposition (Mark Olson) **[REDACTED]** | JA06337-JA06417 |
| 236 | 11/9/2018 | Roxul USA, Inc.'s Responses to Armstrong World Industries, Inc.'s First Set of Requests for Admission | JA06418-JA06474 |
| 237 | 11/9/2018 | Transcript, Deposition of Bradley Soper | JA06475-JA06592 |
| 238 | 11/13/2018 | Transcript, Deposition of Thomas Prukop | JA06593-JA06712 |
| 239 | 11/30/2018 | Expert Report of Professor Einer Elhauge **[REDACTED]** | JA06713-JA06903 |
| 240 | 11/30/2018 | Expert Report of Dr. Janusz Ordover **[REDACTED]** | JA06904-JA06992 |
| 241 | 12/5/2018 | Transcript, Deposition of Jens Birgersson | JA06993-JA07054 |
| 242 | 12/6/2018 | Declaration of Mike F. Egan | JA07055-JA07056 |
| 243 | 12/12/2018 | Transcript, Deposition of Victor Grizzle **[REDACTED]** | JA07057-JA07136 |

| Ex. No. | Date | Description | Appendix Pages |
|---|---|---|---|
| 244 | 1/4/2019 | Reply Report of Profession Einer Elhauge **[REDACTED]** | JA07137-JA07259 |
| 245 | 1/4/2019 | Expert Rebuttal Report of Dr. Janusz Ordover **[REDACTED]** | JA07260-JA07363 |
| 246 | 1/11/2019 | Transcript, Deposition of Dr. Janusz Ordover | JA07364-JA07473 |
| 247 | 1/14/2019 | Transcript, Deposition of Professor Einer Elhauge | JA07474-JA07584 |
| 248 | 1/18/2019 | Declaration of Sorojini J.M. Biswas | JA07585-JA07595 |

Dated:  January 21, 2019                    Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP          FARNAN LLP

/s/ Kevin J. Mangan                         /s/ Michael J. Farnan
Kevin J. Mangan (Bar No. 3810)              Joseph J. Farnan, Jr. (Bar No. 100245)
1313 North Market Street, Suite 1200        Brian E. Farnan (Bar No. 4089)
Wilmington, DE 19801                        Michael J. Farnan (Bar No. 5165)
Tel: (302) 252-4361                         919 North Market Street, 12th Floor
Fax: (302) 661-7729                         Wilmington, DE 19801
kevin.mangan@wbd-us.com                     Tel:  (302) 777-0300
                                            Fax:  (302) 777-0301
*Counsel for Defendant*                     farnan@farnanlaw.com
                                            bfarnan@farnanlaw.com
                                            mfarnan@farnanlaw.com

                                            *Counsel for Plaintiff*