# EXHIBIT A

# DEFENDANT ARMSTRONG WORLD INDUSTRIES, INC.'S INITIAL DEPOSITION DESIGNATIONS
March 8, 2019

| Rockfon 30(b)(6) Testimony of John Medio | | |
|---|---|---|
| Transcript Citations | | |
| 7:3-6 | 113:25-115:7 | 188:19-189:16 |
| 9:13-16 | 121:24-122:22 | 191:22-192:23 |
| 10:7-11 | 125:21-25 | 199:25-201:14 |
| 21:6-16 | 126:2-6 | 202:3-22 |
| 23:19-23 | 131:22-132:14 | 206:11-17 |
| 26:4-11 | 135:15-136:7 | 207:13-20 |
| 28:13-29:3 | 137:20-139:7 | 208:5-7 |
| 33:16-34:2 | 140:10-142:11 | 209:11-17 |
| 34:22-35:13 | 142:25-143:12 | 209:25-213:24 |
| 39:4-10 | 144:8-10 | 216:4-217:13 |
| 40:23-41:11 | 144:22-24 | 219:4-8 |
| 42:11-24 | 145:9-146:11 | 220:19-221:6 |
| 45:8-13 | 148:12-149:9 | 221:18-22 |
| 50:16-19 | 159:13-161:6 | 223:7-224:2 |
| 51:19-53:24 | 164:11-22 | 224:15-17 |
| 57:9-58:6 | 165:9-24 | 226:17-21 |
| 59:10-17 | 171:14-173:24 | 230:5-19 |
| 62:8-16 | 175:19-24 | 234:17-235:20 |
| 64:4-14 | 179:12-15 | 239:19-241:15 |
| 67:12-23 | 179:18-24 | 246:10-13 |
| 71:4-16 | 180:4-9 | 248:8-10 |
| 72:5-21 | 180:20-23 | 248:16-249:9 |
| 99:20-103:3 | 181:16-182:16 | 253:11-254:22 |
| 105:15-17 | 183:5-22 | 255:5-13 |
| 108:3-10 | 184:8-188:3 | 263:2-24 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Douglas Bernard | |
|---|---|
| Transcript Citations | |
| 6:25-7:6 | 163:16-24 |
| 7:12-15 | 164:20-165:10 |
| 17:10-18:3 | 169:17-170:2 |
| 20:7-12 | 170:11-172:17 |
| 20:17-25 | 178:8-10 |
| 21:5-19 | 178:22-179:12 |
| 24:13-25 | 186:15-25 |
| 33:15-21 | 192:22-193:9 |
| 35:24-36:5 | 205:17-24 |
| 50:17-51:3 | 206:5-21 |
| 52:22-53:4 | 210:4-18 |
| 53:9-54:5 | 213:18-214:16 |
| 55:13-15 | 221:24-223:4 |
| 57:8-11 | 223:6-9 |
| 58:9-58:15 | 229:4-10 |
| 84:14-84:20 | 231:10-232:9 |
| 84:22-85:6 | 234:14-19 |
| 119:25-120:4 | 234:24-235:8 |
| 123:15-18 | 243:11-21 |
| 147:23-148:17 | 266:9-24 |
| 156:14-157:13 | 271:8-11 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Jens Birgersson | |
|---|---|
| Transcript Citations | |
| 7:10-18 | 80:8-82:3 |
| 7:21-23 | 85:10-23 |
| 8:23-9:12 | 87:3-17 |
| 12:19-13:22 | 90:9-91:11 |
| 15:6-23 | 92:15-17 |
| 17:16-24 | 94:6-96:25 |
| 18:13-20:8 | 97:4-98:20 |
| 20:20-24 | 99:3-100:13 |
| 25:21-25 | 101:5-14 |
| 27:12-29:13 | 103:11-25 |
| 35:20-36:22 | 104:6-105:10 |
| 39:15-41:8 | 117:5-10 |
| 42:17-24 | 120:4-121:20 |
| 45:13-46:21 | 122:10-21 |
| 47:10-48:13 | 123:5-124:13 |
| 50:15-51:12 | 124:16-125:3 |
| 56:11-58:4 | 125:9-12 |
| 61:2-10 | 127:23-130:18 |
| 63:21-66:17 | 130:22-131:16 |
| 67:2-18 | 131:25-138:17 |
| 68:13-70:3 | 142:8-14 |
| 71:9-12 | 142:19-143:20 |
| 71:23-72:5 | 146:14-147:2 |
| 72:11-16 | 147:6-13 |
| 75:14-76:2 | 150:11-13 |
| 77:6-19 | 150:25-151:22 |

3

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Diana Hart |
|---|
| Transcript Citations |
| 5:9-11 |
| 5:20-23 |
| 10:19-11:12 |
| 18:2-8 |
| 58:18-21 |
| 72:2-13 |
| 98:5-9 |
| 104:25-105:5 |
| 134:5-8 |
| 141:9-14 |
| 150:22-151:12 |
| 152:19-23 |
| 182:11-17 |
| 200:11-201:19 |
| 202:22-203:2 |
| 203:12-14 |
| 217:10-15 |
| 221:16-222:10 |
| 232:14-20 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| **Testimony of Prabodh Kadkol** Transcript Citations |
|---|
| 8:4-6 |
| 8:16-20 |
| 14:3-5 |
| 15:23-16:4 |
| 22:10-14 |
| 22:20-23 |
| 46:4-7 |
| 46:15-18 |
| 46:25-47:4 |
| 47:13-48:3 |
| 50:7-15 |
| 50:23-51:3 |
| 51:9-20 |
| 52:19-24 |
| 65:14-23 |
| 152:19-153:2 |
| 165:22-166:11 |
| 168:6-169:11 |
| 172:11-21 |
| 181:21-182:11 |
| 184:3-185:5 |
| 186:15-17 |
| 186:23-187:2 |
| 187:16-23 |

5

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Thomas Kähler | | |
| --- | --- | --- |
| Transcript Citations | | |
| 12:10-13:11 | 96:7-99:4 | 200:4-18 |
| 14:12-16 | 99:17-100:3 | 202:6-20 |
| 15:3-5 | 101:3-102:7 | 203:15-205:10 |
| 20:13-21:11 | 103:25-104:8 | 213:13-214:14 |
| 21:20-22:5 | 114:8-115:24 | 215:4-218:24 |
| 27:21-28:21 | 117:20-122:8 | 219:9-222:5 |
| 31:17-24 | 125:5-126:6 | 223:12-225:6 |
| 34:4-23 | 127:15-128:17 | 227:9-229:15 |
| 35:19-36:9 | 132:14-133:19 | 233:24-234:16 |
| 38:14-16 | 134:3-15 | 239:25-242:8 |
| 38:22-24 | 140:4-6 | 249:20-251:9 |
| 40:18-41:7 | 140:21-141:3 | 252:2-7 |
| 43:5-44:25 | 143:5-144:2 | 252:22-254:16 |
| 46:8-48:20 | 145:14-16 | 262:18-263:6 |
| 49:19-50:10 | 148:22-153:22 | 263:19-264:6 |
| 51:11-52:17 | 155:10-157:15 | 264:20-23 |
| 55:5-56:22 | 158:3-12 | 266:11-16 |
| 59:14-60:16 | 169:7-17 | 267:3-22 |
| 61:20-62:4 | 170:15-172:6 | 268:6-20 |
| 62:25-63:15 | 172:15-173:6 | 269:3-270:7 |
| 72:14-73:11 | 174:13-175:6 | 271:13-272:4 |
| 75:23-76:6 | 178:5-16 | 275:18-277:5 |
| 78:9-13 | 179:7-19 | 278:20-280:13 |
| 79:3-17 | 183:2-183:9 | 291:7-292:9 |
| 83:6-14 | 186:16-187:24 | 299:21-301:17 |
| 83:22-85:19 | 191:19-192:4 | 303:8-305:23 |
| 89:11-91:16 | 193:10-19 | |
| 93:8-94:10 | 198:5-199:20 | |

6

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Christopher Marshall | |
| --- | --- |
| Transcript Citations | |
| 8:12-13 | 104:15-105:5 |
| 15:18-21 | 105:9-11 |
| 16:4-25 | 106:5-21 |
| 22:10-23 | 120:5-10 |
| 25:7-15 | 120:17-21 |
| 31:4-11 | 123:20-124:9 |
| 37:3-20 | 135:14-22 |
| 39:13-40:2 | 138:15-17 |
| 40:23-24 | 141:13-142:8 |
| 41:4-9 | 145:6-9 |
| 41:18-19 | 154:9-14 |
| 42:2-3 | 155:17-156:5 |
| 42:13-15 | 156:9-14 |
| 43:4-44:8 | 156:17-20 |
| 46:18-22 | 167:21-25 |
| 47:5-11 | 169:6-9 |
| 52:21-53:4 | 177:14-17 |
| 56:21-23 | 191:14-192:10 |
| 57:10-15 | 194:24-195:2 |
| 59:22-60:3 | 196:25-197:8 |
| 60:14-18 | 198:12-199:10 |
| 61:16-23 | 199:23-200:10 |
| 62:12-20 | 200:23-201:10 |
| 65:21-23 | 201:13-202:4 |
| 66:2-3 | 202:11-25 |
| 66:9-19 | 205:22-24 |
| 67:4-8 | 271:23-25 |
| 97:10-13 | 272:9-18 |
| 98:14-23 | 276:11-277:7 |
| 103:9-11 | |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of John Medio | | | |
|---|---|---|---|
| Transcript Citations | | | |
| 4:24-5:4 | 148:25-149:9 | 220:17-19 | 290:17-21 |
| 5:15-17 | 150:10-151:5 | 224:18-21 | 291:14-292:18 |
| 8:23-25 | 153:5-24 | 226:6-23 | 294:10-295:7 |
| 9:19-24 | 160:16-161:8 | 236:24-237:7 | 296:19-297:23 |
| 13:2-6 | 161:17-162:19 | 237:12-238:13 | 298:11-300:2 |
| 13:21-14:5 | 163:6-164:4 | 239:21-240:10 | 301:13-303:9 |
| 24:3-7 | 164:22-168:5 | 240:15-241:11 | 304:11-306:17 |
| 24:18-25:13 | 168:9-169:16 | 241:20-242:18 | 307:9-18 |
| 36:14-38:5 | 170:14-171:22 | 253:11-16 | 308:14-309:11 |
| 59:14-25 | 172:7-13 | 254:6-14 | 310:2-311:6 |
| 67:21-68:7 | 173:20-175:6 | 257:17-25 | 312:8-17 |
| 73:6-10 | 175:15-176:3 | 258:19-259:15 | 313:9-314:4 |
| 73:21-74:12 | 180:2-181:16 | 259:23-260:11 | 314:23-316:19 |
| 75:4-7 | 183:11-16 | 262:13-263:11 | 329:8-22 |
| 84:20-85:14 | 185:8-186:19 | 263:25-264:18 | 331:11-332:25 |
| 97:21-99:3 | 188:13-190:4 | 265:2-5 | 336:17-337:10 |
| 104:18-105:7 | 190:25-191:21 | 265:12-17 | 340:20-341:12 |
| 105:18-106:14 | 192:2-11 | 266:2-22 | 344:10-17 |
| 119:13-18 | 192:17-193:21 | 267:3-268:3 | 346:8-347:18 |
| 120:5-20 | 194:4-12 | 269:7-270:6 | 347:22-348:18 |
| 121:2-23 | 195:12-23 | 271:13-19 | 349:15-350:4 |
| 124:7-20 | 196:19-197:14 | 273:15-20 | 351:9-23 |
| 125:15-126:19 | 197:25-198:20 | 276:3-19 | 352:8-21 |
| 126:25-128:16 | 200:8-23 | 276:22-277:4 | 353:11-354:20 |
| 130:4-131:5 | 202:2-11 | 277:17-278:9 | 354:24-355:20 |
| 137:24-138:20 | 203:6-204:6 | 278:12-17 | 357:14-359:20 |
| 139:6-25 | 205:6-206:15 | 281:13-282:15 | 359:25-362:5 |
| 142:4-19 | 213:21-214:9 | 282:25-286:15 | 362:13-363:2 |
| 142:24-144:18 | 218:6-219:6 | 287:6-17 | 363:14-16 |
| 146:6-18 | 219:12-19 | 288:18-289:20 | 374:19-375:11 |

8

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of James Moynihan | | | |
| --- | --- | --- | --- |
| Transcript Citations | | | |
| 8:5-13 | 101:3-20 | 187:22-188:15 | 232:12-19 |
| 8:18-21 | 119:16-22 | 189:22-25 | 233:22-234:9 |
| 22:10-12 | 121:16-21 | 194:24-195:17 | 236:10-20 |
| 26:2-4 | 122:13-123:9 | 198:25-199:12 | 238:2-8 |
| 29:8-30:7 | 124:9-15 | 200:10-201:17 | 240:20-24 |
| 30:10-31:4 | 127:3-8 | 202:17-203:6 | 243:6-11 |
| 31:20-32:13 | 128:6-11 | 203:9-19 | 247:24-248:10 |
| 41:25-43:3 | 129:6-23 | 204:5-11 | 269:7-13 |
| 44:23-44:10 | 130:5-18 | 205:20-23 | 270:13-272:2 |
| 45:19-46:9 | 130:21-131:4 | 206:18-25 | 273:18-23 |
| 46:17-49:2 | 132:4-16 | 207:10-25 | 274:16-20 |
| 52:21-54:4 | 133:3-14 | 208:7-11 | 274:22-276:11 |
| 58:12-18 | 140:13-141:8 | 208:24-209:2 | 277:17-279:2 |
| 59:18-60:5 | 148:22-149:5 | 209:6-10 | 285:22-286:7 |
| 60:19-61:7 | 149:22-150:6 | 212:19-213:15 | 286:17-287:21 |
| 83:25-84:2 | 150:15-17 | 216:23-217:3 | 289:2-21 |
| 84:11-84:19 | 154:9-155:19 | 218:24-219:7 | 296:20-297:5 |
| 86:8-87:6 | 158:7-19 | 219:12-16 | 302:16-303:4 |
| 89:7-90:4 | 158:22-159:5 | 219:21-220:5 | 306:2-5 |
| 90:14-91:5 | 163:22-24 | 220:20-222:7 | 307:22-23 |
| 91:8-16 | 165:24-166:7 | 224:25-225:7 | 310:2-311:10 |
| 91:20-92:6 | 175:19-176:3 | 225:17-24 | 311:20-312:6 |
| 92:20-93:14 | 178:13-18 | 226:25-227:6 | 314:15-315:5 |
| 96:14-24 | 185:11-14 | 230:11-25 | 326:8-14 |
| 97:14-98:3 | 186:2-4 | 231:4-22 | |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| **Testimony of Cory Nevins** ||
| Transcript Citations ||
| 4:17-23 | 86:2-6 |
| 5:6-8 | 90:17-91:4 |
| 17:13-15 | 91:23-92:10 |
| 18:24-19:7 | 94:6-10 |
| 20:6-17 | 111:6-8 |
| 21:21-22:16 | 111:17-19 |
| 25:2-4 | 115:15-116:22 |
| 26:24-25:11 | 118:8-11 |
| 32:11-22 | 119:9-12 |
| 33:3-10 | 120:22-121:4 |
| 34:23-35:4 | 124:19-125:5 |
| 35:14-36:3 | 146:10-18 |
| 36:8-37:11 | 149:5-21 |
| 38:13-22 | 150:25-151:6 |
| 39:5-18 | 167:2-7 |
| 40:6-15 | 167:18-24 |
| 42:3-7 | 175:20-21 |
| 43:16-45:3 | 176:4-9 |
| 45:7-20 | 181:24-183:21 |
| 46:18-47:6 | 183:24-185:18 |
| 51:23-52:9 | 197:15-198:23 |
| 67:4-22 | 201:6-18 |
| 68:16-20 | 202:15-24 |
| 68:22-69:4 | 205:23-206:4 |
| 70:5-12 | 206:10-19 |
| 73:15-24 | 207:11-208:21 |
| 77:14-78:12 | 209:16-210:8 |
| 78:14-79:14 | 210:11-211:3 |
| 79:24-80:7 | 216:5-16 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Steven Noeth | | | |
| --- | --- | --- | --- |
| Transcript Citations | | | |
| 6:12-15 | 54:7-16 | 164:2-12 | 288:21-24 |
| 6:20-23 | 55:7-11 | 166:7-11 | 289:9-23 |
| 23:21-23 | 66:23-67:21 | 168:3-11 | 290:13-22 |
| 24:7-24 | 84:18-23 | 179:22-180:5 | 292:24-293:4 |
| 25:23-25 | 85:7-14 | 184:8-11 | 293:12-294:7 |
| 26:4-12 | 85:22-86:4 | 184:17-25 | 303:2-7 |
| 28:9-15 | 86:14-87:9 | 185:6-14 | 307:13-308:3 |
| 30:5-7 | 94:8-95:6 | 185:23-186:12 | 308:17-24 |
| 30:11-13 | 96:18-25 | 187:18-24 | 317:23-318:20 |
| 31:12-15 | 98:4-19 | 206:25-207:5 | 325:14-326:8 |
| 31:20-32:3 | 98:22-99:6 | 208:9-13 | 330:10-21 |
| 32:10-25 | 99:20-24 | 219:10-220:12 | 330:25-331:16 |
| 33:7-35:4 | 100:3-13 | 221:16-222:2 | 332:11-18 |
| 35:15-18 | 100:22-102:6 | 222:9-15 | 332:21-333:4 |
| 35:21-25 | 102:9-103:6 | 234:8-11 | 333:22-334:25 |
| 36:21-37:7 | 103:11-15 | 235:18-22 | 335:12-19 |
| 39:25-40:9 | 103:24-105:10 | 236:25-237:8 | 336:12-24 |
| 40:18-24 | 106:6-17 | 239:16-240:2 | 343:5-344:9 |
| 42:19-43:21 | 108:9-21 | 240:24-241:10 | 351:17-352:2 |
| 43:24-44:2 | 116:8-13 | 257:10-15 | 360:3-8 |
| 45:11-14 | 116:20-117:8 | 258:7-14 | 374:23-375:8 |
| 45:19-21 | 118:8-15 | 263:6-13 | 376:13-15 |
| 46:8-14 | 120:20-24 | 264:20-265:18 | 380:20-25 |
| 46:20-47:10 | 127:7-10 | 267:14-268:3 | 381:8-16 |
| 47:22-48:3 | 160:15-18 | 276:14-277:3 | 391:24-392:16 |
| 48:16-50:9 | 160:24-161:4 | 277:8-18 | 393:15-394:3 |
| 50:17-51:7 | 161:23-162:2 | 286:10-15 | |
| 51:15-52:9 | 162:11-163:6 | 287:16-18 | |
| 53:8-18 | 163:13-24 | 287:23-25 | |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Trent Ogilvie<br>Transcript Citations |
|---|
| 8:19-20 |
| 9:7-9 |
| 19:12-23 |
| 20:13-19 |
| 21:2-22:15 |
| 36:4-11 |
| 46:11-47:24 |
| 55:11-25 |
| 59:3-10 |
| 60:4-61:16 |
| 63:16-23 |
| 72:20-73:3 |
| 73:22-74:10 |
| 76:24-78:13 |
| 78:16-79:12 |
| 82:5-84:20 |
| 93:7-94:11 |
| 105:2-5 |
| 108:12-109:25 |
| 139:13-141:24 |
| 177:13-22 |
| 184:8-186:25 |
| 194:14-23 |
| 199:4-25 |
| 220:13-221:13 |
| 221:23-226:3 |
| 226:7-227:3 |
| 227:10-228:17 |
| 229:3-13 |
| 229:23-231:2 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Thomas Prukop ||
| Transcript Citations ||
| 10:1-7 | 82:24-83:8 |
| 10:11-14 | 86:11-13 |
| 15:19-24 | 88:23-89:12 |
| 16:2-24 | 89:24-90:7 |
| 18:5-7 | 92:5-9 |
| 20:17-21:1 | 106:22-107:7 |
| 22:16-23:15 | 107:23-108:4 |
| 26:10-15 | 108:21-109:24 |
| 28:22-25 | 115:25-116:17 |
| 30:6-21 | 119:4-12 |
| 31:1-8 | 121:12-21 |
| 32:5-8 | 126:11-127:6 |
| 32:15-33:4 | 158:20-23 |
| 37:1-8 | 159:4-13 |
| 41:18-42:2 | 161:12-18 |
| 42:5-8 | 162:17-163:2 |
| 43:9-44:1 | 170:3-171:5 |
| 46:13-19 | 172:11-23 |
| 48:15-49:6 | 175:15-17 |
| 50:10-13 | 175:20-176:12 |
| 51:12-15 | 182:20-183:25 |
| 53:13-15 | 188:22-189:3 |
| 56:10-17 | 189:7-14 |
| 57:15-21 | 192:8-14 |
| 64:11-20 | 194:2-22 |
| 64:25-65:2 | 196:25-197:8 |
| 74:6-17 | 239:12-240:23 |
| 76:8-15 | 241:1-9 |
| 77:2-9 | 247:7-12 |
| 77:12-17 | 257:12-21 |
| 78:21-25 | 265:14-267:2 |
| 81:3-4 | 267:8-268:1 |
| 81:17-22 | 270:6-16 |
| 81:25-82:4 | 280:1-4 |
| 82:9-16 | |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

| Testimony of Laura Radius Transcript Citations |||||
|---|---|---|---|---|
| 23:3-11 | 140:4-5 | 205:4-7 | 254:3-5 | 299:15-17 |
| 23:20-23 | 140:8-19 | 208:19-21 | 254:7-10 | 300:3-20 |
| 32:9-14 | 144:10-12 | 209:7-14 | 257:3-8 | 300:25-301:10 |
| 33:16-18 | 145:3-146:7 | 210:4-22 | 259:9-11 | 301:19-302:23 |
| 33:22-25 | 146:13-147:6 | 212:3-25 | 259:21-260:18 | 303:9-304:8 |
| 54:13-55:5 | 154:23-25 | 214:15-17 | 261:4-18 | 304:19-305:16 |
| 55:15-19 | 155:11-156:5 | 215:3-20 | 263:12-16 | 311:17-20 |
| 56:9-57:7 | 157:20-158:2 | 215:22-24 | 264:7-9 | 312:3-5 |
| 57:25-58:4 | 159:4-7 | 216:10-25 | 264:19-265:13 | 312:8-11 |
| 63:7-9 | 160:3-5 | 219:14-24 | 266:18-24 | 312:21-313:24 |
| 65:2-66:9 | 160:17-161:12 | 220:10-221:5 | 267:10-14 | 314:10-315:6 |
| 71:12-15 | 161:15-25 | 225:24-226:3 | 267:18-268:5 | 315:21-316:19 |
| 74:17-21 | 162:6-23 | 226:13-18 | 268:17-269:6 | 317:16-19 |
| 75:2-24 | 170:25-171:6 | 227:22-228:12 | 270:23-25 | 318:8-10 |
| 76:9-14 | 172:22-173:4 | 228:22-23 | 271:11-272:3 | 318:20-319:23 |
| 80:17-19 | 176:2-3 | 230:15-231:4 | 272:13-273:8 | 320:9-321:7 |
| 81:5-82:3 | 176:16-23 | 232:13-16 | 273:18-274:8 | 321:17-322:15 |
| 90:5-7 | 177:3-17 | 234:20-22 | 274:22-275:16 | 323:19-21 |
| 90:25-91:16 | 180:13-16 | 235:8-236:2 | 276:5-24 | 324:12-17 |
| 94:9-12 | 181:13-19 | 236:23-25 | 277:13-15 | 325:7-24 |
| 95:20-22 | 182:2-4 | 237:14-22 | 277:25-279-14: | 327:18-20 |
| 96:8-97:4 | 183:15-184:12 | 237:24-238:10 | 281:23-25 | 328:6-329:3 |
| 101:17-23 | 186:2-9 | 238:20-239:11 | 282:11-283:4 | 330:20-331:6 |
| 102:25-103:5 | 193:3-5 | 241:11-14 | 283:18-23 | 332:16-23 |
| 104:4-18 | 193:22-194:3 | 242:2-4 | 284:19-285:5 | 333:9-16 |
| 107:8-12 | 194:9-23 | 242:14-243:6 | 285:15-20 | 333:19-25 |
| 107:23-108:6 | 195:16-20 | 243:8-10 | 285:24-286:4 | 334:3-13 |
| 114:12-14 | 196:14-23 | 243:20-244:2 | 288:4-11 | 337:8-14 |
| 114:23-115:5 | 197:3-25 | 244:6-10 | 289:24-290:2 | 337:24-338:4 |
| 115:8-116:15 | 198:6-9 | 244:13-19 | 293:6-13 | 340:21-23 |
| 124:22-125:7 | 199:21-23 | 246:9-22 | 293:24-294:5 | 341:10-20 |
| 127:17-128:11 | 200:11-201:12 | 250:2-4 | 295:24-296:2 | 342:13-20 |
| 128:14-129:10 | 202:2-4 | 250:14-251:6 | 296:14-297:8 | |
| 131:14-18 | 203:19-22 | 251:16-23 | 297:21-23 | |
| 139:18-20 | 204:3-22 | 252:24-253:14 | 298:9-24 | |

14

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

## Testimony of Michael Reynolds
## Transcript Citations

| | | |
|---|---|---|
| 5:7-14 | 68:23-69:6 | 128:7-13 |
| 5:17-20 | 69:7-12 | 131:13-14 |
| 12:14-20 | 69:15-19 | 132:7-134:2 |
| 13:12-13 | 71:15-16 | 145:19-146:5 |
| 13:20-22 | 72:2-3 | 148:10-14 |
| 14:2-15:2 | 72:25-73:23 | 150:5-6 |
| 16:21-23 | 76:3-16 | 150:11-20 |
| 17:2-7 | 77:11-18 | 155:5-20 |
| 17:21-18:2 | 78:4-10 | 172:6-12 |
| 19:20-22 | 82:14-22 | 174:15-175:8 |
| 20:2-4 | 84:4-5 | 178:6-16 |
| 21:7-22:14 | 84:12-86:9 | 183:3-11 |
| 23:9-20 | 89:7-13 | 184:2-24 |
| 27:13-28:6 | 89:18-90:11 | 188:8-21 |
| 28:19-29:15 | 91:11-17 | 214:6-215:13 |
| 29:19-30:11 | 93:4-94:5 | 216:6-15 |
| 31:2-8 | 94:13-96:9 | 217:13-22 |
| 34:9-17 | 98:3-10 | 218:17-19 |
| 36:22-25 | 101:4-5 | 219:11-220:14 |
| 37:5-8 | 101:15-102:14 | 240:3-5 |
| 38:2-12 | 102:18-104:11 | 240:22-23 |
| 38:16-39:16 | 105:20-23 | 241:4-242:4 |
| 39:23-40:3 | 106:3-22 | 250:22-251:6 |
| 40:6-41:5 | 106:25-110:4 | 252:8-254:8 |
| 44:8-45:4 | 110:8-111:3 | 255:9-15 |
| 45:12-20 | 111:23-113:6 | 255:23-256:7 |
| 46:8-21 | 114:20-115:2 | 256:14-21 |
| 47:11-15 | 115:5-9 | 263:18-23 |
| 48:16-50:14 | 118:5-12 | 264:14-15 |
| 52:16-53:12 | 119:5-120:13 | 264:19-21 |
| 57:19-25 | 121:5-22 | 265:4-8 |
| 62:15-24 | 126:21-127:13 | |
| 63:7-64:11 | 127:18-128:3 | |

15

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

## Testimony of Kirby Williams
Transcript Citations

| |
|---|
| 12:7-15 |
| 20:12-17 |
| 33:6-17 |
| 40:2-23 |
| 103:11-18 |
| 104:9-13 |
| 104:19-105:7 |
| 107:5-21 |
| 115:24-116:6 |
| 127:25-129:14 |
| 131:15-132:4 |
| 133:13-134:8 |
| 138:12-19 |
| 139:5-11 |
| 141:17-19 |
| 142:4-6 |
| 142:16-143:12 |
| 152:9-25 |
| 154:11-21 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

### Testimony of Paul Clark

|  |  |
|---|---|
| 5:5-11 | 45:23-46:1 |
| 5:15-17 | 47:4-15 |
| 11:16-12:2 | 48:4-14 |
| 14:13-22 | 48:19-24 |
| 16:16-22 | 50:3-10 |
| 18:9-12 | 55:10-18 |
| 20:6-11 | 57:9-13 |
| 23:11-24:5 | 57:19-21 |
| 23:21-24:5 | 58:1-13 |
| 25:18-21 | 58:15-21 |
| 29:4-15 | 58:22-59:3 |
| 29:22-30:8 | 60:14-23 |
| 32:2-11 |  |

### Testimony of James Downing

|  |  |
|---|---|
| 4:24-5:1 | 54:10-55:7 |
| 5:13-15 | 55:15-25 |
| 10:12-11:11 | 59:5-24 |
| 14:10-15:2 | 63:6-64:1 |
| 17:12-23 | 65:8-13 |
| 20:17-22:7 | 66:24-67:22 |
| 32:23-33:14 | 75:3-9 |
| 46:23-47:5 | 75:15-19 |
| 48:17-22 | 76:4-14 |
| 49:20-53:23 |  |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

## Testimony of George Hughes, III

|  |  |
|---|---|
| 5:23-6:3 | 53:11-22 |
| 8:17-19 | 54:24-55:9 |
| 18:17-25 | 68:18-69:17 |
| 24:19-25:12 | 69:23-70:4 |
| 29:18-21 | 71:15-23 |
| 34:22-35:8 | 72:4-77:20 |
| 38:7-19 | 79:18-25 |
| 42:10-20 | 80:4-15 |
| 45:2-12 |  |

## Testimony of David McCatty

|  |  |
|---|---|
| 7:4-10 | 58:11-18 |
| 10:22-24 | 66:18-67:6 |
| 28:19-25 | 71:17-20 |
| 47:17-20 | 74:5-76:6 |
| 47:25-48:14 | 78:10-25 |
| 55:19-56:8 | 79:24-80:21 |
| 56:13-15 | 85:7-19 |
| 56:25-57:13 | 86:3-12 |

C.A. NO. 17-cv-1258-MAK
ROXUL USA. INC. v. ARMSTRONG WORLD INDUSTRIES, INC.

## Testimony of Bradley Soper

| | | |
|---|---|---|
| 7:20-23 | 158:7-159:2 | 228:22-229:7 |
| 8:10-13 | 160:2-7 | 229:25-230:7 |
| 15:12-25 | 160:21-161:6 | 231:11-23 |
| 41:11-16 | 164:4-20 | 232:2-18 |
| 48:3-24 | 166:8-25 | 233:14-20 |
| 69:9-21 | 167:25-168:16 | 234:3-16 |
| 75:17-22 | 168:24-169:2 | 237:2-8 |
| 81:16-21 | 170:11-171:16 | 237:24-238:22 |
| 82:23-83:2 | 172:14-21 | 239:3-6 |
| 83:7-11 | 174:11-19 | 244:9-19 |
| 83:17-24 | 181:8-18 | 248:13-250:5 |
| 84:22-85:15 | 185:23-186:7 | 253:11-20 |
| 85:21-23 | 187:15-20 | 254:4-7 |
| 87:17-19 | 190:13-191:8 | 254:16-19 |
| 92:13-94:13 | 192:5-9 | 256:17-25 |
| 95:11-96:15 | 193:10-16 | 257:11-258:3 |
| 96:20-97:8 | 194:3-11 | 258:19-259:13 |
| 111:7-16 | 195:16-197:9 | 259:15-19 |
| 115:7-18 | 198:19-25 | 265:8-22 |
| 119:2-14 | 199:4-200:17 | 266:3-4 |
| 132:19-23 | 201:11-202:12 | 266:22-267:4 |
| 133:8-13 | 211:12-25 | 271:21-272:2 |
| 134:19-25 | 213:5-8 | 272:8-279:9 |
| 135:5-16 | 213:15-214:10 | 281:12-19 |
| 151:8-13 | 216:3-13 | 282:2-12 |
| 152:2-11 | 217:5-25 | 284:22-285:10 |
| 152:14-153:13 | 221:10-222:16 | 299:11-24 |
| 155:21-24 | 222:24-223:8 | |
| 156:8-157:9 | 227:10-12 | |
| | 228:8-17 | |

**This preliminary list identifies the deposition testimony Armstrong expects to offer or that it may offer at trial if the need arises. Armstrong reserves its right to amend or supplement its list. Specifically, Armstrong reserves its right to delete testimony that is identified as being repetitive or otherwise unnecessary. Armstrong reserves its right to add testimony in response to Plaintiff's deposition list or to use at trial any deposition testimony identified in Plaintiff's pretrial memorandum or deposition list. Armstrong reserves its right to use at trial testimony not listed on its deposition testimony list for purposes of impeachment, cross-examination, or rebuttal. Armstrong further reserves the right to supplement this preliminary list after review of Rockfon's pretrial memorandum and after presentation of Rockfon's case-in-chief at trial. Armstrong further reserves the right to include any additional evidence discovered between now and trial and to add exhibits whose relevance is not yet apparent.**