**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ROXUL USA, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 17-CV-01258-MAK |
| ) | |
| v. ) | |
| ) | |
| ARMSTRONG WORLD ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF ROXUL USA, INC.'S PROPOSED JURY VERDICT SHEET

Pursuant to the Court's March 4, 2019 Scheduling Order (D.I. 271) and the Court's Policies & Procedures (Jan. 2019), Plaintiff Roxul USA, Inc. d/b/a Rockfon ("Rockfon" or "Plaintiff"), by and through its undersigned counsel, hereby submits the following proposed jury verdict sheet. Plaintiff notes that the proposed verdict sheet submitted herein is identical in form and substance to the verdict sheet used by Chief Judge Leonard Stark in *GN Netcom, Inc. v. Plantronics, Inc.*, 278 F. Supp. 3d 824 (D. Del. 2017). As the Court acknowledged in its March 8, 2019 Memorandum (D.I. 275), the claims at issue in the *GN Netcom* case are identical to those presented by Rockfon. Rockfon reserves the right to supplement or amend this proposed verdict sheet as necessary.

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ROXUL USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-CV-01258-MAK |
| v. | ) ) ) | |
| ARMSTRONG WORLD INDUSTRIES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF ROXUL USA, INC.'S PROPOSED JURY VERDICT SHEET**

We, the jury, unanimously find as follows:

1. Has Roxul proven that the relevant market is the sale of suspended acoustical ceiling tiles ("SACTs") in the United States?

    Yes _____    No _____

    *If you answer this question "Yes," please complete 2-5 below. If you answer this question "No," please skip to the end.*

2. Has Roxul proven all of the elements of its Sherman Act Section 1 Unreasonable Restraint of Trade claim?

    Yes _____    No _____

3. Has Roxul proven all of the elements of its Sherman Act Section 2 Monopolization claim?

    Yes _____    No _____

4. Has Roxul proven all of the elements of its Sherman Act Section 2 Attempt to Monopolize claim?

    Yes _____    No _____

5. Has Roxul proven all of the elements of its Clayton Act Section 3 claim?

   Yes _____          No _____

   *If you answered "Yes" to any of Questions 2 - 5, please complete Question 6. If you answer "No" to all of Questions 2 - 5, please skip to the end*

6. Has Roxul proven that Armstrong's acts caused Roxul to suffer antitrust injury and damages?

   Yes _____          No _____

7. What is the total extent of damages Roxul is entitled to recover?

   $ _____

*Please sign this verdict sheet and inform the court security officer that you have reached a verdict.*

**We, the jurors, by signing below, indicate our unanimous verdict.**

_____    _____
Jury Foreperson                                                Juror


_____    _____
Juror                                                                    Juror


_____    _____
Juror                                                                    Juror


_____    _____
Juror                                                                    Juror


Dated: April \_\_, 2019

Dated: March 11, 2019

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Christopher S. Finnerty (admitted *pro hac vice*)
Jeffrey S. Patterson (admitted *pro hac vice*)
Michael R. Murphy (admitted *pro hac vice*)
Morgan T. Nickerson (admitted *pro hac vice*)
Emily E. Gianetta (admitted *pro hac vice*)
Jack S. Brodsky (admitted *pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel:  (617) 261-3100
Fax:  (617) 261-3175
chris.finnerty@klgates.com
jeffrey.patterson@klgates.com
michael.r.murphy@klgates.com
morgan.nickerson@klgates.com
emily.gianetta@klgates.com
jack.brodsky@klgates.com

*Counsel for Plaintiff Roxul USA, Inc.*