# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROXUL USA, INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | )   C.A. No. 17-cv-1258-MAK |
| v. | ) |
| | ) |
| ARMSTRONG WORLD | ) |
| INDUSTRIES, INC., | ) |
| | ) |
|       Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Roxul USA, Inc. d/b/a Rockfon and Defendant Armstrong World Industries, Inc., by and through their undersigned counsel, hereby stipulate to the immediate dismissal of the above-captioned action with prejudice pursuant to the terms of the Parties' executed settlement agreement.

[*SIGNATURE PAGE FOLLOWS*]

1

Dated: April 3, 2019

FARNAN LLP


/s/ *Michael J. Farnan*
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jeffrey S. Patterson (admitted *pro hac vice*)
Michael R. Murphy (admitted *pro hac vice*)
Morgan T. Nickerson (admitted *pro hac vice*)
Christopher S. Finnerty (admitted *pro hac vice*)
Emily E. Gianetta (admitted *pro hac vice*)
Jack S. Brodsky (admitted *pro hac vice*)
K&L GATES LLP
State Street Financial Center, One Lincoln Street
Boston, MA 02111-2950
Tel: (617) 261-3100
jeffrey.patterson@klgates.com
michael.r.murphy@klgates.com
morgan.nickerson@klgates.com
chris.finnerty@klgates.com
emily.gianetta@klgates.com
jack.brodsky@klgates.com

*Counsel for Plaintiff*

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP


/s/ *Kevin J. Mangan*
Kevin J. Mangan (Bar No. 3810)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 252-4361
Fax: (302) 661-7729
kevin.mangan@wbd-us.com

Daniel G. Swanson (*pro hac vice*)
Shannon E. Mader (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
dswanson@gibsondunn.com
smader@gibsondunn.com

Cynthia E. Richman (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone: 202.955.8500
crichman@gibsondunn.com

Caeli A. Higney (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
chigney@gibsondunn.com

Reed Brodsky (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.5334
rbrodsky@gibsondunn.com

*Counsel for Defendant*